**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| MAURER,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER CROFT LLC,<br><br>Defendant. | Case No. 1:26-cv-01204-ESK-SAK<br><br>**ORDER** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 23rd day of September 2026,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Michael T. Wilkos |
| Jon G. Shadinger Jr., Esq.<br>Shadinger Law, LLC<br>2220 N East Avenue<br>Vineland, NJ 08360<br>(609) 319-5399<br>js@shadingerlaw.com<br>*Attorney for Plaintiff* | Michael T. Wilkos, Esq.<br>Kimser, Cunningham, & Skinner<br>202 Hall's Mill Road<br>Whitehouse Station, NJ 08889<br>(908) 572-3161<br>michael.wilkos@kimserlaw.com<br>*Attorney for Defendant* |

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: September 24, 2026**